# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC Bank, National Association, successor to National City Bank, successor to Mid America Bank, FSB, successor to Fidelity Federal Savings Bank,

         Plaintiff,

v.

Chicago Title Land Trust Company as Trustee Under Trust Agreement dated March 14, 2002 and Known as Trust Number 1110458; City of Chicago Department of Water Management; City of Chicago, A Municipal Corporation; Dwayne Harris; and Robert Johnson,

         Defendants.

Case No. 1:12-cv-4494

Assigned Judge: Harry D. Leinenweber

Magistrate Judge: Susan E. Cox

## **MOTION FOR JUDGMENT ON THE GUARANTY (COUNT III)**

NOW COMES the Plaintiff, PNC Bank, National Association, Successor In Interest Via Merger to National City Bank, Successor In Interest Via Merger to Mid America Bank, FSB, successor in interest via merger to Fidelity Federal Savings Bank by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment on the Guaranty (Count III) in its favor and against the Defendant:

Robert Johnson

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion attached hereto as Exhibit "A", and from the pleadings and admissions on file, there is no

1

genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

>PNC Bank, National Association, Successor In Interest Via Merger to National City Bank, Successor In Interest Via Merger to Mid America Bank, FSB, Successor In Interest Via Merger To Fidelity Federal Savings Bank
>
>By: /s/Francis J. Pendergast, III
>        One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Francis J. Pendergast, III (ARDC#3127593)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
fpendergast@crowleylamb.com